# Milwaukee County Case Number 2018CV000832 THOMAS FOTUSKY vs. EBIX, INC. et al

## Case summary

| Filing date | Case type | Case status |
|---|---|---|
| 01-30-2018 | Civil | Open - Electronic filing |

| Class code description | Responsible official | Branch ID |
|---|---|---|
| Money Judgment | Rothstein-25, Stephanie | 25 |

### Party summary

| Party type | Party name | Party status |
|---|---|---|
| Plaintiff | FOTUSKY, THOMAS | |
| Defendant | EBIX, INC. | |
| Defendant | PROHEALTH CARE, INC. | |

## Parties

### Plaintiff: FOTUSKY, THOMAS

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 01-30-2018)**
716 Saint Johns Drive, Delafield, WI 53018 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Welcenbach, Robert J | No | 01-30-2018 |
| Borison, Scott C | No | 03-02-2018 |
| Jones, John Craig | No | 03-07-2018 |

### Defendant: EBIX, INC.

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 01-30-2018)**
c/o Brian J Nelson, 6400 Industrial Loop, Greendale, WI 53129 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Baumann, Jennifer Geller | No | 03-20-2018 |
| LoCoco, Lora | No | 03-20-2018 |




Privacy - Terms

**Defendant: PROHEALTH CARE, INC.**

| Date of birth | Sex | Race |
|---|---|---|

**Address (last updated 01-30-2018)**

C T Corporation System - Registered Agent, 301 S. Bedford St. Suite 1, Madison, WI 53703 US

**Attorneys**

| Attorney name | Guardian ad litem | Entered |
|---|---|---|
| Johnson, Terry E. | No | 03-30-2018 |

## Future court activity

| Date | Time | Location | Description | Type | Court official |
|---|---|---|---|---|---|
| 08-01-2018 | 11:00 am | Milwaukee County Courthouse - Room 404 | Motion hearing | Court | Rothstein-25, Stephanie |
| 09-06-2018 | 09:30 am | Milwaukee County Courthouse - Room 404 | Motion hearing | Court | Rothstein-25, Stephanie |

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 07-17-2018 | Notice of hearing | | | |

**Additional text:**

Motion hearing on August 1, 2018 at 11:00 am.

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 07-17-2018 | Notes | Rothstein-25, Stephanie | | |

**Additional text:**

Court is not in session 8-1-2018. Notice sent to reschedule. jad

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 07-13-2018 | Letters/correspondence | Rothstein-25, Stephanie | | |

**Additional text:**

from Attorney Baumann dated 7-13-2018 filed. jad

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 06-28-2018 | Scheduling conference | Rothstein-25, Stephanie | Off the Record | |

**Additional text:**

Plaintiff in Court by Attorney Robert Welcenbach. Defendant, Ebix, in Court by Attorney Jennifer Baumann and Lora LoCoco. Defendant, Prohealth Care, in court by Attorney Kevin Fetherston for Terry Johnson. Scheduling Conference held. Action set for Motion to Change Venue on 8-1-2018 at 11:00 a.m and for Motions to Dismiss/Misjoinder/to Strike on 9-6-2018 at 9:30 a.m. in Branch 25. jad

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 06-26-2018 | Notice of hearing | | | |

**Additional text:**

Scheduling conference on June 28, 2018 at 09:30 am.

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 06-20-2018 | Scheduling data sheet | Rothstein-25, Stephanie | | |

| | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| | **Additional text:**<br>submitted by Attorney Welcenbach filed. jad | | | |
| 06-18-2018 | Scheduling data sheet<br>**Additional text:**<br>submitted by Attorney Baumann filed. ja | Rothstein-25, Stephanie | | |
| 05-25-2018 | Scheduling data sheet<br>**Additional text:**<br>submitted by Attorney Johnson filed. jad | Rothstein-25, Stephanie | | |
| 05-25-2018 | Brief in support of motion<br>**Additional text:**<br>Filed, Defendant Prohealth Care, Inc.'s Reply Brief in Support of Its Motion to Dismiss. jad | Rothstein-25, Stephanie | | |
| 05-23-2018 | Notice of hearing<br>**Additional text:**<br>Scheduling conference on June 28, 2018 at 09:00 am. | | | |
| 05-23-2018 | Notice mailed<br>**Additional text:**<br>No appearances. Action set for Scheduling Conference on 6-28-2018 at 9:30 a.m. in Branch 25. Notices sent this date. jad | Rothstein-25, Stephanie | | |
| 05-22-2018 | Notice of hearing<br>**Additional text:**<br>Reassignment of Judge: CASE TRANSFERRED TO JUDGE STEPHANIE ROTHSTEIN, BRANCH 25. | | | |
| 05-22-2018 | Judicial transfer<br>**Additional text:**<br>The above-entitled case has been transferred to Judge Rothstein for disposition due to the substitution/disqualification of Judge Fiorenza. Any papers filed after the date of this Notice must be filed with the clerk of the newly assigned Judge. | Rothstein-25, Stephanie | | |
| 05-21-2018 | Response/reply<br>**Additional text:**<br>Defendant, Ebix, Inc.'s Response to Plaintiff's Motion to Strike Affirmative Defenses, received and filed. aw | Fiorenza-03, Clare L. | | |
| 05-17-2018 | Request for substitution | Fiorenza-03, Clare L. | | |

| | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| | **Additional text:** Of Judge, received and filed. Case to be transferred to the Chief Judge's office for reassignment after review from this court. aw | | | |
| 05-16-2018 | Exhibit **Additional text:** Exhibit B, received and filed. aw | Fiorenza-03, Clare L. | | |
| 05-16-2018 | Exhibit **Additional text:** Exhibit A, received and filed. aw | Fiorenza-03, Clare L. | | |
| 05-16-2018 | Brief of plaintiff **Additional text:** In opposition to Prohealth Care INc.'s motion alleging improper joinder, received and filed. aw | Fiorenza-03, Clare L. | | |
| 05-16-2018 | Affidavit **Additional text:** Of Robert J. Welcenbach dated 5/16/2018, received and filed. aw | Fiorenza-03, Clare L. | | |
| 05-16-2018 | Letters/correspondence **Additional text:** From Attorney Welcenbach, received and filed. aw | Fiorenza-03, Clare L. | | |
| 05-15-2018 | Notice of hearing **Additional text:** Reassignment of Judge: CASE TRANSFERRED TO JUDGE CLARE FIORENZA, BRANCH 3. | | | |
| 05-15-2018 | Judicial transfer **Additional text:** The above-entitled case has been transferred to Judge Fiorenza for disposition due to the substitution/disqualification of INCOMING JUDGE JEFFREY A. CONEN. Any papers filed after the date of this Notice must be filed with the clerk of the newly assigned Judge. | Fiorenza-03, Clare L. | | |
| 05-15-2018 | Notice **Additional text:** Based on substitution of Judge Conen, all currently scheduled court dates vacated | | | |
| 05-14-2018 | Affidavit **Additional text:** Affidavit of Robert Welcenbach | | | |
| 05-14-2018 | Objection to motion | | | |

| | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| | **Additional text:**<br>(PL) Brief Opposing Motion to Change Venue | | | |
| 05-14-2018 | Letters/correspondence<br>**Additional text:**<br>cover letter | | | |
| 05-14-2018 | Affidavit<br>**Additional text:**<br>Affidavit of Robert Welcenbach | | | |
| 05-14-2018 | Objection to motion<br>**Additional text:**<br>(PL) Brief Opposing Motion to Dismiss | | | |
| 05-14-2018 | Letters/correspondence<br>**Additional text:**<br>cover letter | | | |
| 05-08-2018 | Notice<br>**Additional text:**<br>Reassignment and Exchange for incoming Judge Jeffrey Conen, signed and forwarded for process. kmw | | | |
| 05-07-2018 | Request for substitution<br>**Additional text:**<br>filed by plainitff | | | |
| 05-07-2018 | Letters/correspondence<br>**Additional text:**<br>cover letter | | | |
| 05-02-2018 | Notice of assignment of judge | Barrett, John | | |
| 05-02-2018 | Notice of assignment of judge<br>**Additional text:**<br>Effective August 4, 2018, this case is assigned to the Honorable Judge Jeffrey A Conen, Br 30, room 402 | | | |
| 05-01-2018 | Notes<br>**Additional text:**<br>Effective August 4, 2018, this case is assigned to the Honorable Judge Jeffrey A Conen, Br 30, room 402 | | | |

| | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 04-02-2018 | Brief in support of motion<br>**Additional text:**<br>to Strike | | | |
| 04-02-2018 | Notice of motion, motion<br>**Additional text:**<br>(PL) Motion to Strike ******* 5/29/18, 2pm | | | |
| 04-02-2018 | Letters/correspondence<br>**Additional text:**<br>cover lettre | | | |
| 03-30-2018 | Letters/correspondence<br>**Additional text:**<br>cover letter for motions | | | |
| 03-30-2018 | Brief in support of motion<br>**Additional text:**<br>Dismiss | | | |
| 03-30-2018 | Notice of motion, motion<br>**Additional text:**<br>(DE) ProHealth Motion to Dismiss ******** 5/29/18, 2pm | | | |
| 03-30-2018 | Brief in support of motion<br>**Additional text:**<br>Improper Joinder | | | |
| 03-30-2018 | Notice of motion, motion<br>**Additional text:**<br>(DE) ProHealth Motion re Improper Joinder ******** 5/29/18, 2pm | | | |
| 03-30-2018 | Affidavit in support of motion<br>**Additional text:**<br>Change Venue | | | |
| 03-30-2018 | Brief in support of motion<br>**Additional text:**<br>Change Venue | | | |
| 03-30-2018 | Notice of motion, motion | | | |

| | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| | **Additional text:**<br>(DE) ProHealth Motion to Change Venue ******** 5/29/18, 2pm | | | |
| 03-30-2018 | eFiled Document Fee Paid<br>**Additional text:**<br>Adjustment Number: 18A 045495, Payable Number: 685583, Receipt Number: 18RM036993, Amount: $20.00 | | | $20.00 |
| 03-30-2018 | Notice of retainer | | | |
| 03-20-2018 | Answer and affirmative defense<br>**Additional text:**<br>Ebix Inc | | | |
| 03-20-2018 | eFiled Document Fee Paid<br>**Additional text:**<br>Adjustment Number: 18A 040655, Payable Number: 683135, Receipt Number: 18RM032335, Amount: $20.00 | | | $20.00 |
| 03-20-2018 | Notice of retainer | | | |
| 03-20-2018 | Electronic Notice Update | | | |
| 03-20-2018 | eFiled Document Fee Paid<br>**Additional text:**<br>Adjustment Number: 18A 040651, Payable Number: 683132, Receipt Number: 18RM032331, Amount: $20.00 | | | $20.00 |
| 03-20-2018 | Notice of retainer | | | |
| 03-07-2018 | Electronic Notice Update | | | |
| 03-07-2018 | Notice of retainer | | | |
| 03-02-2018 | Electronic Notice Update | | | |
| 03-02-2018 | Notice of retainer | | | |
| 02-20-2018 | Affidavit of service<br>**Additional text:**<br>ProHealth | | | |
| 02-19-2018 | Order pro hac vice<br>**Additional text:**<br>Attorney Scott Borison and Attorney John Craig Jones | Yamahiro-34, Glenn H | | |
| 02-16-2018 | Prop. order pro hac vice | | | |
| 02-16-2018 | Affidavit in support of motion | | | |
| 02-16-2018 | Affidavit of service | | | |
| 02-16-2018 | Notice of motion, motion | | | |

| | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| | **Additional text:**<br>Pro Hac Vice Attorney Borrison and Attorney Jones | | | |
| 02-16-2018 | Letters/correspondence<br>**Additional text:**<br>cover letter | | | |
| 01-30-2018 | Filing fee paid<br>**Additional text:**<br>Adjustment Number: 18A 014312, Payable Number: 670766, Receipt Number: 18RM010373, Amount: $289.00 | | | $289.00 |
| 01-30-2018 | Case initiated by electronic filing | | | |
| 01-30-2018 | Summons and complaint | Yamahiro-34, Glenn H | | |