

TAGLaw International Lawyers

Nicholas D. Castronovo
Direct Telephone
414-287-1565
ncastron@vonbriesen.com

August 20, 2018

**Via ECF**

Judge Lynn Adelman
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Courtroom 390
Milwaukee, WI 53202

Re:    *Sakhone Harris v. Verisma Systems, Inc., et al.*
       Case No. 2:18-cv-00464-LA

Dear Judge Adelman,

This letter is in response to the Plaintiff's Motion to Dismiss Action [Dkt. 40] ("Plaintiff's Motion") filed on July 31, 2018 wherein Plaintiff requests the Court to dismiss her action. Defendant Froedtert Health, Inc. ("Froedtert") has no objection to Plaintiff's Motion. Froedtert does not intend to file a brief in response to Plaintiff's Motion unless the Court orders otherwise.

Very truly yours,

von BRIESEN & ROPER, s.c.

*Electronically signed by Nicholas D. Castronovo*

Nicholas D. Castronovo

NDC:jmp

c:      Counsel of Record (via ECF)

31651265_1.DOCX