

ATTORNEYS AT LAW
100 E. Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202

414-276-6464
414-276-9220 (fax)
www.hinshawlaw.com

David J. Hanus
414-225-4807
dhanus@hinshawlaw.com

August 23, 2018

**VIA ECF**

The Honorable Lynn Adelman
United States District Court
517 E. Wisconsin Ave.
Courtroom 390
Milwaukee, WI 53202

Re: Sakhone Harris v Verisma Systems Inc., et al.
Case No. 18-CV-00464-LA

Dear Judge Adelman:

This letter is in response to the Plaintiffs Motion to Dismiss Action [Dkt. 40] filed on July 31, 2018, wherein Plaintiff requests the Court to dismiss her action. Defendant Verisma Systems, Inc. has no objection to Plaintiff's motion. Verisma does not intend to file a brief in response to Plaintiff's Motion unless the Court orders otherwise.

Thank you.

HINSHAW & CULBERTSON LLP

*/s/ David J. Hanus*

David J. Hanus

DJH:lam

cc: All Counsel of Record (via ECF)

302435106v1 1008384