# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**SAKHONE HARRIS,**
                **Plaintiff,**

      **v.**                                       **Case No. 18-C-0464**

**VERISMA SYSTEMS, INC. and**
**FROEDTERT HEALTH, INC.,**
                **Defendants.**

---

## <u>ORDER</u>

The plaintiff filed a motion to dismiss this action under Federal Rule of Civil Procedure 41(a)(2). The defendants have indicated that they do not oppose the motion. Therefore, **IT IS ORDERED** that the plaintiff's motion to dismiss is **GRANTED**. All other pending motions are **DENIED** as **MOOT**.

Dated at Milwaukee, Wisconsin, this 24th day of August, 2018.

                             s/Lynn Adelman
                             LYNN ADELMAN
                             District Judge